IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**LAWRENCE D. HULL**                                                                 **PLAINTIFF**

**v.**                                                 **No. 1:21CV89-DAS**

**LEE COUNTY ADULT JAIL, ET AL.**                                     **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the instant case is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a **"STRIKE"** under 28 U.S.C. § 1915(g).

      **SO ORDERED**, this, the 20th day of July, 2021.

                                                  /s/ David A. Sanders
                                                DAVID A. SANDERS
                                                UNITED STATES MAGISTRATE JUDGE